# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00024-CV

**James Allred; Wholearth Organic Composting, L.L.C.; Target Brush and Grinding, L.L.C.; JOH Investments, Ltd.; and JOH Associates, L.L.C., Appellants**

**v.**

**Howard Hale, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. D-1-GN-06-000106, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed Appellants' and Appellee's Joint Motion to Dismiss Appeal. We grant their motion and, in accordance with the parties' agreement, vacate the trial court judgment without regard to its merit and render judgment that the plaintiff take nothing. *See* Tex. R. App. P. 42.1(a)(2)(A).

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Vacated and Rendered

Filed: May 19, 2010